Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:10CR00022 |
| SCOTT STOREY, | ) ) | Judge Trauger |
| Defendant. | ) ) | |

## MOTION FOR ENTRY OF A FINAL ORDER OF FORFEITURE

The United States of America, by and through Jerry E. Martin, United Sates Attorney for the Middle District of Tennessee, and Debra Teufel Phillips, Assistant United States Attorney moves for the entry of a Final Order of Forfeiture as to the following property, including the following specific items seized from 2026 Kimberly Drive, Mt. Juliet, Tennessee on May 27, 2009:

- a. Compaq Presario Model 7475, serial number 1X9CDCTMJ1PY;
- b. Hewlett Packard Pavillion computer, model 6460 tower PC, serial number US90250323;
- c. Compaq Presario computer, model 6000 CPU, serial number MX24274407;
- d. Eagle Consus storage external hard drive, serial number AAR07320953;
- e. Rosewill hard drive, bar code number 17173022060600131; and
- f. Rosewill hard drive, bar code number 17182035010600580

hereinafter referred to collectively as "Subject Property," forfeiting to the United States of America the Subject Property with no right, title and interest existing in any other party, and to be disposed of according to law.

A memorandum of law and facts in support of this Motion is filed simultaneously herewith.