# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:10-00022 |
| ) | Judge Trauger |
| SCOTT STOREY ) | |

## O R D E R

The defendant's *pro se* Motion to Amend Special Conditions of Supervised Release (Docket No. 58) is **DENIED WITHOUT PREJUDICE**. When the defendant is released to supervised release, he should discuss these issues with his probation officer and, if not satisfied with the results, at that point file an appropriate motion for consideration by the court. This motion is entirely premature.

It is so **ORDERED**.

ENTER this 4th day of February 2014.

_____
ALETA A. TRAUGER
U.S. District Judge